```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10065
   GORDON R DEAL
   DEBORAH A DEAL                              CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-3692      SSN XXX-XX-2563


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/05/07 and confirmed on 08/30/07.

     2.  The case was converted to Chapter 7 after confirmation, 10/09/2008.

     3.  The Debtor paid a total of $   6954.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG        .00           .00            .00
WILL COUNTY TREASURER      SECURED          3766.98           .00         375.00
DISNEY VACATION CLUB       UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        29544.05           .00        3253.90
INTERNAL REVENUE SERVICE   UNSECURED         674.92           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       19961.53           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED       11253.37           .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       20092.82           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       13656.28           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       10057.03           .00            .00
DISCOVER BANK              UNSECURED       15474.19           .00            .00
FIRST NATIONAL BANK OF O   UNSECURED       12712.19           .00            .00
SHOPPERS CHARGE ACCOUNTS   UNSECURED        2772.83           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        9211.33           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       10029.58           .00            .00
B REAL LLC                 UNSECURED       11675.22           .00            .00
B REAL LLC                 UNSECURED        4448.34           .00            .00
B REAL LLC                 UNSECURED        9959.80           .00            .00
      Summary of disbursements:

                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3766.98     29544.05    151979.43        .00      185290.46
PRINCIPAL PAID       375.00      3253.90          .00        .00        3628.90
INTEREST PAID           .00          .00          .00        .00             .00
TOTAL PAID           375.00      3253.90          .00        .00        3628.90
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $    3500.00
and was paid $    500.00  direct and $   3000.00  through the plan.

The Trustee received $     325.10 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/22/09
                /S/
                GLENN STEARNS
                CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 07 B 10065 GORDON R DEAL & DEBORAH A DEAL